Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Lynette Gibson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE GIBSON, | ) |
|     Plaintiff, | ) Case No.: 5:21-cv-00302-PD |
| | ) |
|   vs. | ) ORDER FOR AWARD OF EAJA |
| | ) FEES |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND EIGHT HUNDRED DOLLARS** ($5,800.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 15, 2022

PATRICIA DONAHUE
_____
HON. PATRICIA DONOHUE
United States Magistrate Judge